IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15cv144

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WSA Constructions, LLC, | ) | Case No. 14-32079 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

     This matter is before the Court upon the bankruptcy court's Order Recommending Limited Withdrawal of Reference to District Court for Criminal and Civil Contempt Proceedings. Upon consideration of this matter, the Court will decline to withdraw the reference at this time, provided that the Debtor and Robert H. Lenderman, III purge their civil contempt within ten (10) days. Should they fail to do so, the Court will withdraw the reference for consideration of criminal and civil contempt proceedings.

     IT IS SO ORDERED.


Signed: May 4, 2015

Graham C. Mullen
United States District Judge